AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

_____ District of _____

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION |
| --- | --- |
| V. | PENDING HEARING PURSUANT TO BAIL REFORM ACT |

JOSHUA MICHAEL PATTERSON
*Defendant*

Case Number: 3:06-MJ-5JDR

Upon motion of the __government__, it is ORDERED that a detention hearing is set for __Jan. 18, 2006__* at __2:00 p.m.__
                                      *Date*                                *Time*

before _____JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE_____
                            *Name of Judicial Officer*

_____ANCHORAGE COURTROOM 6_____
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____ ) and produced for the hearing.
                    *Other Custodial Official*

Date: _____January 13, 2006_____             _____/s/ John D. Roberts_____
                                                               Magistrate Judge   JOHN D. ROBERTS

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.