TIMOTHY M. BURGESS
United States Attorney

JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: joe.bottini@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | BANK ROBBERY |
| vs. | ) | Vio. of 18 U.S.C. §§ 2113(a) and |
| | ) | 2113(d) |
| JOSHUA MICHAEL PATTERSON, | ) | |
| | ) | COUNT 2: |
| Defendant. | ) | BRANDISHING A FIREARM |
| | ) | DURING AND IN RELATION TO |
| | ) | AND IN FURTHERANCE OF A |
| | ) | CRIME OF VIOLENCE |
| | ) | Vio. of 18 U.S.C. § 924(c)(1)(A)(i) |
| | ) | and (ii) |

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about January 11, 2006, in the District of Alaska, the defendant, JOSHUA

MICHAEL PATTERSON, did, by force and violence and intimidation, take from the

person and presence of another, approximately three thousand two hundred sixteen dollars ($3,216.00) in United States Currency, belonging to and in the care, custody and possession of Credit Union 1, located at 3500 Eide St., Anchorage, Alaska, the deposits of which are insured by the National Credit Union Administration, and in committing this offense put in jeopardy the life of other persons through the use of a dangerous weapon, namely a handgun.

All of which is in violation of Title 18, United States Code, Sections 2113(a) and 2113(d).

## COUNT 2

On or about January 11, 2006, in the District of Alaska, the defendant, JOSHUA MICHAEL PATTERSON, did knowingly and intentionally use, carry, possess and brandish a firearm during and in relation to and in furtherance of a federal crime of violence, namely bank robbery, in violation of Title 18, United States Code, Sections 2113(a) and (d), as described in Count 1 of this Indictment.

//

//

//

//

All of which is in violation of and contrary to Title 18, United States Code, Section 924(c)(1)(A)(i) and (ii).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Joseph W. Bottini
JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: joe.bottini@usdoj.gov


s/ Timothy Burgess
TIMOTHY M. BURGESS
United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: tim.burgess@usdoj.gov


DATED: 1/17/06