MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.  JOSHUA MICHAEL PATTERSON   CASE NO.  3:06-CR-00010-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          CAROLINE EDMISTON

UNITED STATES' ATTORNEY:          JOE BOTTINI

DEFENDANT'S ATTORNEY:          SUE ELLEN TATTER

U.S.P.O.:                    KAREN BREWER

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 01/20/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:44 a.m. court convened.

 X Copy of Indictment given to defendant; waived reading.

 X Defendant advised of general rights, charges and penalties.

 X PLEAS: NOT GUILTY to counts 1 and 2 of the Indictment.

 X Defendant detained; Order of Detention Pending Trial **SCANNED**.

 X Pretrial motions due **February 7, 2006**  ; Order of Progression **SCANNED.**

 X Counsel advised no trial date has been set.

 X OTHER: Meet and confer January 25, 2006.

At 10:50 a.m. court adjourned.

DATE:   January 20, 2006      DEPUTY CLERK'S INITIALS:    Ce