Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOSHUA MICHAEL PATTERSON,<br><br>　　　　　Defendant. | NO. A06-0010 CR (JWS)<br><br>**MOTION TO EXCLUDE<br>IN-COURT IDENTIFICATION** |

　　　　The defendant, JOSHUA MICHAEL PATTERSON, through counsel, moves this court to exclude in-court identification of the defendant which is a product of impermissibly suggestive out-of-court identification procedures.  This motion is based on the attached memorandum and such testimony as will be adduced at an evidentiary hearing.

　　　　DATED this 6th day of February 2006.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　s/Sue Ellen Tatter
　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　550 West 7th Avenue, Suite 1600
　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　Phone:　　907-646-3400
　　　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　　　E-Mail:　　sue_ellen_tatter@fd.org

<u>Certification</u>:
I certify that on February 6, 2006,
a copy of the *Motion to Exclude
In-Court Identification* and the
*Memorandum in Support of
Motion to Exclude In-Court
Identification* were served electronically
on:

Joseph W. Bottini
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

<u>s/Sue Ellen Tatter</u>