Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>JOSHUA MICHAEL PATTERSON,<br><br>         Defendant. | NO. A06-0010 CR (JWS)<br><br>**MOTION TO SUPPRESS STATEMENTS** |

The defendant JOSHUA MICHAEL PATTERSON, through counsel, moves this court to suppress statements made by Mr. Patterson to the FBI on January 11, 2006. This motion is based on the attached memorandum and such testimony as may be adduced at an evidentiary hearing.

DATED this 6th day of February 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:     907-646-3400
Fax:         907-646-3480
E-Mail:    sue_ellen_tatter@fd.org

Certification:
I certify that on February 6, 2006,
a copy of the *Motion to Suppress
Statements* and the *Memorandum in
Support of Motion to Suppress
Statements* was served electronically
on:

Joseph W. Bottini
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter