Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSHUA MICHAEL PATTERSON, <br><br> Defendant. | NO. A06-0010 CR (JWS) <br><br> **MOTION TO SUPPRESS ITEMS FROM RESIDENCE** |

The defendant, JOSHUA MICHAEL PATTERSON, through counsel, moves this court for an order suppressing the fruits of a warrantless search of his dwelling.  In the alternative, the defense requests an evidentiary hearing (preferably in the afternoon so a legal intern can attend) at which time the government has the burden to present evidence of a valid exception to the constitutional requirement of a search warrant.

This motion is based on the attached memorandum and evidence to be adduced at the hearing.

DATED this 6th day of February 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:    907-646-3400
Fax:    907-646-3480
E-Mail:    sue_ellen_tatter@fd.org

Certification:
I certify that on February 6, 2006,
a copy of the *Motion to Suppress Items From Residence* and the *Memorandum in Support of Motion to Suppress Items From Residence* was served electronically on:

Joseph W. Bottini
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter