Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA MICHAEL PATTERSON,<br><br>Defendant. | NO. A06-0010 CR (JWS)<br><br>**UNOPPOSED MOTION TO RESCHEDULE EVIDENTIARY HEARING** |

The defendant, JOSHUA MICHAEL PATTERSON, through counsel, hereby moves this Honorable Court to reschedule his evidentiary hearing set for February 28, 2006, at 8:30 a.m.  Counsel for the defendant must be out of the office from February 24 to March 2, 2006.

Counsel suggests any time the week of February 20, on March 3, or anytime the week of March 6, 2006.

The defense has filed a motion for a lengthy trial continuance because of significant mental health issues involving the defendant.

Joe Bottini, Assistant U.S. Attorney, does not oppose this motion.

DATED this 14th day of February 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on February 14, 2006,
a copy of the *Unopposed Motion to
Reschedule Evidentiary Hearing*
was served electronically on:

Joseph W. Bottini
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter