UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA MICHAEL PATTERSON,<br><br>Defendant. | NO. A06-0010 CR (JWS)<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE EVIDENTIARY HEARING** |

After due consideration of the defendant's Unopposed Motion to Reschedule Evidentiary hearing, the motion is GRANTED. The evidentiary hearing, currently set for February 28, 2006, is rescheduled to _____, 2006, at _____ ___.m.

DATED this ____ day of February 2006.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE