Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSHUA MICHAEL PATTERSON,<br><br>　　　　Defendant. | NO. A06-0010 CR (JWS)<br><br>**MOTION TO CONTINUE TRIAL** |

　　　　The defendant, JOSHUA MICHAEL PATTERSON, through counsel, hereby moves this Honorable Court to continue the trial of Joshua Patterson for the reasons set forth in the attached affidavit of counsel.  Trial is currently scheduled for March 28, 2006.

　　　　DATED this 14th day of February 2006.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　s/Sue Ellen Tatter
　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　550 West 7th Avenue, Suite 1600
　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　Phone:　　907-646-3400
　　　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　　　E-Mail:　　sue_ellen_tatter@fd.org

<u>Certification</u>:
I certify that on February 14, 2006,
a copy of the *Motion to Continue Trial*
and the *Affidavit of Counsel* were
served electronically on:

Joseph W. Bottini
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


<u>s/Sue Ellen Tatter           </u>