UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. A06-0010 CR (JWS) |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL** |
| JOSHUA MICHAEL PATTERSON, | |
| Defendant. | |

After due consideration of the defendant's Motion to Continue Trial, the motion is GRANTED. The trial in this case, presently set for March 28, 2006, is continued to _____, 2006, at _____ ___.m. The final pretrial conference set for March 28, 2006, is continued to _____, 2006, at _____ ___.m.

DATED this ____ day of February 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE