Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. A06-0010 CR (JWS) |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF COUNSEL** |
| JOSHUA MICHAEL PATTERSON, | |
| Defendant. | |
| STATE OF ALASKA | ss: |
| THIRD JUDICIAL DISTRICT | |

Sue Ellen Tatter, being first duly sworn upon oath, deposes and states:

1.      I am the appointed counsel for defendant Joshua Patterson in the above-captioned case.

2.      Since being appointed in this case, I have met with Mr. Patterson three times and talked to his family members more than five times.  His family provided, on February 13, 2006, a lengthy and detailed chronology of Mr. Patterson's mental health history.  This history includes a severe head injury with concussion at age of 4½ and in-patient mental health admissions before the age of ten.  In addition, according to his mother and step-father, Joshua Patterson had numerous placements in treatment centers,

youth homes and detention facilities.  We are just beginning the process of accumulating records to ascertain the past mental health history of our client.  Forensic mental health professionals whom we have consulted need these records before beginning examination and diagnosis of our client.

      3.    We believe that effective assistance of counsel in this case may, depending on the records, necessitate a forensic psychiatric and neuropsychiatric examination after receipt of the medical records.

      4.    At the present time I do not have questions about Joshua Patterson's competency to stand trial.   However, in view of the lengthy history and the seriousness of the charges, I believe this matter must be fully investigated by the defense.

      5.    Therefore we request a continuance of trial of at least two months.


FURTHER YOUR AFFIANT SAYETH NAUGHT.


*Sue Ellen Tatter*

Sue Ellen Tatter




SUBSCRIBED AND SWORN to before me this 14th day of February  2006.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008


United States v. Joshua Michael Patterson
Case No. A06-0010 CR (JWS)                                                       Page 2