DEBORAH M. SMITH
Acting United States Attorney

JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: joe.bottini@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. 3:06-cr-010-JWS |
| ) | |
| Plaintiff,       ) | **GOVERNMENT'S RESPONSE** |
| ) | **TO DEFENDANT** |
| vs.       ) | **PATTERSON'S MOTION TO** |
| ) | **CONTINUE TRIAL** |
| JOSHUA MICHAEL PATTERSON,       ) | |
| ) | |
| Defendant.       ) | |
| ) | |

COMES NOW the United States of America, by and through counsel, and responds to defendant Patterson's  motion to continue the trial in this matter which is presently set for March 28, 2006.

Patterson requests a continuance of the trial in order to allow time for a forensic psychiatric and neuropsychiatric examination of the defendant to be conducted.  Based upon the information available to the government at this time, the government takes no position one way or the other as to whether a continuance is justified for that purpose.  The government has not been provided with anything other than the affidavit of counsel - attached in support of the motion to continue trial - laying out her concerns about the defendant's mental condition.

However, the government does not oppose a continuance of the trial for a different reason.  This case was indicted during the January, 2006, session of the Grand Jury.  The government has since reviewed evidence relating to two other financial institution armed robberies which occurred in December of 2005.  Based upon a review of this evidence, it is the intention of the government at this time to present a superseding indictment to the Grand Jury during the March session charging Patterson with these additional robberies.

The government has also just recently learned (last Friday) that the firearm used in the Credit Union 1 robbery presently charged in this case (a .44 magnum revolver) was stolen from Patterson's former employer in late fall of last year.  In addition to the theft of that firearm, a rifle was also stolen from Patterson's former employer at the same time.  The stolen rifle was "pawned" at a local pawn shop

and the pawn ticket indicates that Patterson pawned it.  In addition, a check book belonging to Patterson's former employer was stolen and checks totaling approximately $5,000.00 were thereafter forged and negotiated.

Thus, it is the intention of the government to present a superseding indictment (or indictments) to the Grand Jury next month charging Patterson with the following additional offenses:

- the two additional armed financial institution robberies which occurred in December, 2005;

- brandishing a firearm during those two additional armed robberies;

- possession of stolen firearms; and

- financial institution fraud.

Assuming that the Grand Jury returns a true bill on some or all of these additional offenses, a continuance of the trial would no doubt be warranted as the additional charges will result in additional discovery being provided and additional motion practice.

//

//

//

RESPECTFULLY SUBMITTED this  27th  day of February, 2006, at

Anchorage, Alaska.

                                                  DEBORAH M. SMITH
                                                  Acting United States Attorney

                                                  s/ Joseph W. Bottini
                                                  Assistant U.S. Attorney
                                                  Federal Building & U.S. Courthouse
                                                  222 West Seventh Avenue, Rm 253
                                                  Anchorage, Alaska  99513-7567
                                                  Phone: (907) 271-5071
                                                  Fax: (907) 271-1500
                                                  Email: joe.bottini@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing was sent electronically to Sue Ellen Tatter on February 27, 2006.

  s/ Joseph W. Bottini