UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA MICHAEL PATTERSON,<br><br>Defendant. | 3:06-cr-00010 (JWS)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL** |

After due consideration of the defendant's Motion to Continue Trial, the motion is **GRANTED**. The trial in this case, presently set for March 28, 2006, is continued to **May 30, 2006**, at **9:00 a.m.**. The final pretrial conference set for March 28, 2006, is continued to **May 30, 2006**, at **8:30 a.m.**

This continuance is necessary because, based on defendant's showing regarding the need for mental health evaluation, without the continuance defendant and his lawyer cannot be expected to be ready to present a defense. Thus, the best interest of the public and the defendant in a speedier trial date are outweighed by the interest of justice served by this continuance. 18 U.S.C. § 3161(h)(8).

DATED this 6th day of March 2006.

/s/
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE