(Rev 3/06)

# LIST OF EXHIBITS

Case No. 3:06-cr-00010-JWS          Magistrate Judge: **JOHN D. ROBERTS**

Title         U.S.A.
vs.
              Joshua Michael Patterson

Dates of Hearing/Trial:     March 6, 2006

Deputy Clerk/Recorder:      April Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Joseph Bottini | Sue Ellen Tatter |
| | |
| | |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | | Map | | | | |
| 2 | ✓ | 3/6/06 | FBI Consent Form | | | | |
| 3 | ✓ | 3/6/06 | Advisement of Rights Form | | | | |
| 4 | ✓ | 3/6/06 | Photograph | | | | |
| 5 | ✓ | 3/6/06 | Photograph | | | | |