DEBORAH M. SMITH
Acting United States Attorney

JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: joe.bottini@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JOSHUA MICHAEL PATTERSON,<br><br>          Defendant. | No. 3:06-cr-010-JWS<br><br><u>COUNTS 1, 3, 5</u>:<br>ARMED ROBBERY OF FINANCIAL INSTITUTION<br>  Vio. of 18 U.S.C. § 2113(a) and (d)<br><br><u>COUNTS 2, 4, 6</u>:<br>BRANDISHING A FIREARM DURING AND IN RELATION TO AND IN FURTHERANCE OF A CRIME OF VIOLENCE<br>  Vio. of 18 U.S.C. § 924(c)(1)(A)(i) and (ii) |

```
)  COUNTS 7-8:
)  POSSESSION OF STOLEN FIREARM
)     Vio. of 18 U.S.C. §§ 922(j) and
)  924(a)(2)
)
)  COUNTS 9-10:
)  FELON IN POSSESSION OF
)  FIREARM
)     Vio. of 18 U.S.C. §§ 922(g)(1),
)  924(a)(2)
)
```

## FIRST SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about January 11, 2006, in the District of Alaska, the defendant, JOSHUA MICHAEL PATTERSON, did, by force and violence and intimidation, take from the person and presence of another, approximately three thousand two hundred and sixteen dollars ($3,216.00) in United States Currency, belonging to and in the care, custody and possession of Credit Union 1, located at 3500 Eide St., Anchorage, Alaska, the deposits of which are insured by the National Credit Union Administration, and in committing this offense put in jeopardy the life of other persons through the use of a dangerous weapon, namely a handgun.

All of which is in violation of Title 18, United States Code, Sections 2113(a) and (d).

## COUNT 2

On or about January 11, 2006, in the District of Alaska, the defendant, JOSHUA MICHAEL PATTERSON, did knowingly and intentionally use, carry, possess and brandish a firearm during and in relation to and in furtherance of a federal crime of violence, namely bank robbery, in violation of Title 18, United States Code, Sections 2113(a) and (d), as described in Count 1 of this Indictment.

All of which is in violation of and contrary to Title 18, United States Code, Section 924(c)(1)(A)(i) and (ii).

## COUNT 3

On or about December 13, 2005, in the District of Alaska, the defendant, JOSHUA MICHAEL PATTERSON, did, by force and violence and intimidation, take from the person and presence of another, approximately one thousand two hundred and fifteen dollars ($1,215.00) in United States Currency, belonging to and in the care, custody and possession of Denali Alaskan Federal Credit Union, located at 3020 Minnesota Drive, Anchorage, Alaska, the deposits of which are insured by the National Credit Union Administration, and in committing this offense put in jeopardy the life of other persons through the use of a dangerous weapon, namely a handgun.

All of which is in violation of Title 18, United States Code, Sections 2113(a) and (d).

## COUNT 4

On or about December 13, 2005, in the District of Alaska, the defendant, JOSHUA MICHAEL PATTERSON, did knowingly and intentionally use, carry, possess and brandish a firearm during and in relation to and in furtherance of a federal crime of violence, namely bank robbery, in violation of Title 18, United States Code, Sections 2113(a) and (d), as described in Count 3 of this Indictment.

All of which is in violation of and contrary to Title 18, United States Code, Section 924(c)(1)(A)(i) and (ii).

## COUNT 5

On or about December 21, 2005, in the District of Alaska, the defendant, JOSHUA MICHAEL PATTERSON, did, by force and violence and intimidation, take from the person and presence of another, approximately three thousand five hundred and nine dollars ($3,509.00) in United States Currency, belonging to and in the care, custody and possession of Wells Fargo Bank Alaska, located at 6961 Jewel Lake Road, Anchorage, Alaska, the deposits of which are insured by the Federal Deposit Insurance Corporation, and in committing this offense put in jeopardy the life of other persons through the use of a dangerous weapon, namely a handgun.

All of which is in violation of Title 18, United States Code, Section 2113(a) and (d).

## COUNT 6

On or about December 21, 2005, in the District of Alaska, the defendant, JOSHUA MICHAEL PATTERSON, did knowingly and intentionally use, carry, possess and brandish a firearm during and in relation to and in furtherance of a federal crime of violence, namely bank robbery, in violation of Title 18, United States Code, Sections 2113(a) and (d), as described in Count 5 of this Indictment.

All of which is in violation of and contrary to Title 18, United States Code, Section 924(c)(1)(A)(i) and (ii).

## COUNT 7

Between on or about November 26, 2005, and or about January 7, 2006, in Anchorage, in the District of Alaska, the defendant, JOSHUA MICHAEL PATTERSON, did knowingly possess, conceal, store, barter, sell and dispose of a stolen firearm, to wit: a Sturm Ruger .338 Win. Mag. Model M77 rifle, serial number 78903438, in or affecting commerce, knowing or having reasonable cause to believe that the firearm was stolen.

All of which is in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT 8

Between on or about November 26, 2005, and or about January 11, 2006, in Anchorage, in the District of Alaska, the defendant, JOSHUA MICHAEL PATTERSON, did knowingly possess, conceal, store, barter, sell and dispose of a stolen

firearm, to wit: a Smith and Wesson .44 magnum revolver, serial number AVT8479, in or affecting commerce, knowing or having reasonable cause to believe that the firearm was stolen.

All of which is in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT 9

Between on or about November 26, 2005, and or about January 7, 2006, in the District of Alaska, the defendant, JOSHUA MICHAEL PATTERSON, did knowingly possess in or affecting commerce, a firearm, to wit: a Sturm Ruger .338 Win. Mag. Model M77 rifle, serial number 78903438, having previously been convicted of the following crime punishable by imprisonment for a term exceeding one year:

| Offense | Court | Date | Case |
|---|---|---|---|
| Armed Criminal Action, California Penal Code Section 12023 | State of California Superior Court / El Dorado County | 7-14-2003 | No. PO3CRF0123 |

All of which is in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

6

## COUNT 10

Between on or about November 26, 2005, and or about January 11, 2006, in the District of Alaska, the defendant, JOSHUA MICHAEL PATTERSON, did knowingly possess in or affecting commerce, a firearm, to wit: a Smith and Wesson .44 magnum revolver, serial number AVT8479, having previously been convicted of the following crimes punishable by imprisonment for a term exceeding one year:

| Offense | Court | Date | Case |
|---|---|---|---|
| Armed Criminal Action, California Penal Code Section 12023 | State of California Superior Court / El Dorado County | 7-14-2003 | No. PO3CRF0123 |

All of which is in violation of Title 18, United States Code, Sections 922(g)(1)

//

//

//

//

and 924(a)(2).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Joseph W. Bottini
JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: joe.bottini@usdoj.gov

s/ Deborah M. Smith
DEBORAH M.. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov

DATED: 3/21/06