```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs JOSHUA MICHAEL PATTERSON   CASE NO. 3:06-CR-00010-JWS
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

UNITED STATES ATTORNEY:       JOE BOTTINI

DEFENDANT'S ATTORNEY:         KEVIN MCCOY FOR SUE ELLEN TATTER

U.S.P.O.:                     BARBARA BURTON

PROCEEDINGS:  ARRAIGNMENT ON FIRST SUPERSEDING INDICTMENT
         Held 03/28/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:22 a.m. court convened.

 X Copy of First Superseding Indictment given to defendant: read.

 X Defendant advised of general rights; Waived full advisement.

 X Defendant advised of charges and penalties.

 X PLEAS Not Guilty to Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10 of the First Superseding Indictment.

 X Defendant's detention continued.

 X Pretrial motions due **April 13, 2006**; meet and confer due **March 31, 2006.**

 X Counsel advised of trial date: Final Pretrial Conference May 30, 2006 at 8:30 a.m.  Trial by Jury set May 30, 2006 at 9:00 a.m.

At 10:33 a.m. court adjourned.

DATE:    March 28, 2006      DEPUTY CLERK'S INITIALS:     Ce