Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA MICHAEL PATTERSON,<br><br>Defendant. | NO. 3:06-cr-0010-JWS<br><br>**MOTION TO SEVER COUNTS AND FOR AN EVIDENTIARY HEARING** |

The defendant, JOSHUA MICHAEL PATTERSON, through counsel, moves this court for an order severing various counts in the ten-count superceding indictment, so that trials can proceed in an efficient, orderly and non-prejudicial manner.

The defense requests (1) severance of the felon-in-possession cases for a separate trial, (2) severance of the theft cases for a separate trial and (3) severance of the first bank robbery at Denali Alaskan Federal Credit Union from the later bank robberies.

This motion is based on Federal Rules of Criminal Procedure 8(a) and 14(a), the Due Process clause of the United States Constitution, the attached memorandum, and such material as may be adduced at an evidentiary hearing.

DATED this 17th day of April 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: sue_ellen_tatter@fd.org

Certification:
I certify that on April 17, 2006,
a copy of the *Motion to Sever Counts
and for an Evidentiary Hearing* and
the *Memorandum in Support of Motion
to Sever Counts of Indictment* was served
electronically on:

Joseph W. Bottini
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

s/Sue Ellen Tatter