Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-cr-0010-JWS |
|---|---|
| Plaintiff, | |
| vs. | **SECOND MOTION TO EXCLUDE IN-COURT IDENTIFICATIONS** |
| JOSHUA MICHAEL PATTERSON, | |
| Defendant. | |

The defendant, JOSHUA MICHAEL PATTERSON, through counsel, moves this court for an order excluding any in-court identifications which may have been aided by unconstitutional "show-ups" in court.

This motion is based on the attached memorandum of law.

DATED this 17th day of April 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on April 17, 2006,
a copy of the ***Second Motion to Exclude
In-Court Identifications*** and the ***Memorandum
in Support of Second Motion to Exclude
In-court Identifications*** was served electronically
on:

Joseph W. Bottini
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter