Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOSHUA MICHAEL PATTERSON,<br><br>　　　　Defendant. | Case No. 3:06-cr-0010-JWS<br><br>**MOTION FOR HEARING** |

　　　　The defendant, JOSHUA MICHAEL PATTERSON, through counsel, moves this court for a hearing concerning his motion to sever. The defense requests the opportunity to call government and transactional witnesses to demonstrate to the court the lack of similarity of the charges, the variety of witnesses and types of evidence, and the prejudicial effect of certain evidence.

///

///

///

      DATED this 18th day of April, 2006.

                Respectfully submitted,

                s/Sue Ellen Tatter
                Assistant Federal Defender
                Alaska Bar No. 7605057
                601 West 5th Avenue, Suite 800
                Anchorage, AK 99501
                Phone:    907-646-3400
                Fax:      907-646-3480
                E-Mail:   sue_ellen_tatter@fd.org

<u>Certification</u>:

I certify that on April 18, 2006,
a copy of the foregoing document,
with attachments, was served
electronically on:

Joseph W. Bottini, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Sue Ellen Tatter_____