UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSHUA MICHAEL PATTERSON,<br><br>　　　　Defendant. | Case No. 3:06-cr-0010-JWS<br><br>**PROPOSED<br>ORDER SCHEDULING HEARING** |

After due consideration of defendant's motion for hearing regarding his motion to sever, the motion is GRANTED/DENIED. A hearing is scheduled for _____, 2006, at _____ a.m./p.m.

DATED this \_\_\_\_ day of _____, 2006.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE