DEBORAH M. SMITH
Acting United States Attorney

JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: joe.bottini@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. 3:06-cr-0010-JWS |
| ) | |
| Plaintiff,   ) | **GOVERNMENT'S** |
| ) | **OPPOSITION TO** |
| vs.   ) | **DEFENDANT PATTERSON'S** |
| ) | **MOTION FOR AN** |
| JOSHUA MICHAEL PATTERSON,   ) | **EVIDENTIARY HEARING ON** |
| ) | **HIS MOTION TO SEVER** |
| Defendant.   ) | **COUNTS OF INDICTMENT** |
| ) | |

COMES NOW, the United States of America, by and through undersigned counsel, and hereby opposes defendant Patterson's motion for an evidentiary hearing regarding his motion to sever counts of the indictment.

Patterson requests that the court provide him with "an opportunity to call government and transactional witnesses" at a hearing to "demonstrate to the court the lack of similarity of the charges, the variety of witnesses and types of evidence,

and the prejudicial effect of certain evidence".  Patterson offers no support for the novel suggestion that an evidentiary hearing should be held on this type of pretrial motion.

In fact, the law is clear that in examining joinder and severance issues, the court should examine *only those allegations in the indictment*.  See, <u>United States v. Rousseau</u>, 257 F.3d 925, 931 (9th Cir. 2001); <u>United States v. VonWillie</u>, 59 F.3d 922, 929 (9th Cir. 1995); <u>United States v. Terry</u>, 911 F.2d 272, 276 (9th Cir.1990). [emphasis added].

Patterson is not entitled to a free shot at government witnesses in order to find out what they will say at trial.  His request for a hearing to see what they will say amounts to an unwarranted fishing trip and unauthorized discovery.  The court must decide Patterson's severance motion based on the allegations set forth in the

//


//


//

indictment and Patterson's request for an evidentiary hearing should be denied.

RESPECTFULLY SUBMITTED this 21st day of April, 2006, at Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>  s/JOSEPH W. BOTTINI
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9
>Anchorage, Alaska  99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>Email: joe.bottini@usdoj.gov

I declare under penalty of perjury
that a true and correct copy of the
foregoing was sent electronically to
Sue Ellen Tatter, Esq.

  s/ Joseph W. Bottini
Office of the U.S. Attorney