DEBORAH M. SMITH
Acting United States Attorney

JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: joe.bottini@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. 3:06-cr-010-JWS |
| ) | |
| Plaintiff,         ) | **GOVERNMENT'S** |
| ) | **OPPOSITION TO** |
| vs.         ) | **DEFENDANT PATTERSON'S** |
| ) | **SECOND MOTION TO** |
| JOSHUA MICHAEL PATTERSON,         ) | **EXCLUDE IN COURT** |
| ) | **IDENTIFICATIONS** |
| Defendant.         ) | |
| ) | |

COMES NOW, the United States of America, by and through undersigned counsel, and hereby opposes defendant Patterson's second motion to exclude in court identifications.

Patterson suggests that there were people in attendance at his arraignment on the First Superseding Indictment who might be government witnesses at trial, and that any identification of the defendant by such witnesses at trial may possibly be

tainted if they witnessed the defendant in custody at the court hearing. Patterson requests that the court calendar an evidentiary hearing so he can explore this issue.

The government is aware that there were people in attendance at the arraignment and that at least some of them were security officers for some of the victim financial institutions. Some may have been other employees as well. Roll call was not taken by the government and other than the security officers - whom the United States Attorney's Office deals with on a regular basis - the government is unaware of the names of any other employees who might have shown up.

If it turns out that some of the people in attendance are witnesses to be called at trial, the government would suggest that this issue be handled as follows:

- Any "eyewitness" who might possibly be called upon to identify the defendant at trial, will be asked (during their pretrial interview) whether they have attended any court hearings where the defendant appeared while in custody;

- The names of any such witnesses will be provided to the defendant immediately before trial;

- This issue, which is more properly addressed as a motion in limine anyway, will be pointed out to the trial judge, who can address it before any such witness testifies.

The issue is entirely speculative at this point. The defendant is not entitled

to get access to government witnesses based on such speculation.

       RESPECTFULLY SUBMITTED this 24<u>th</u>  day of April, 2006, at

Anchorage, Alaska.

                                                 DEBORAH M. SMITH
                                                 Acting United States Attorney

                                               s/JOSEPH W. BOTTINI
                                               Assistant U.S. Attorney
                                               Federal Building & U.S. Courthouse
                                               222 West Seventh Avenue, #9
                                               Anchorage, Alaska  99513-7567
                                               Phone: (907) 271-5071
                                               Fax: (907) 271-1500
                                               Email: joe.bottini@usdoj.gov

I declare under penalty of perjury
that a true and correct copy of the
foregoing was sent electronically to
Sue Ellen Tatter, Esq.

  s/ Joseph W. Bottini
Office of the U.S. Attorney