Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA MICHAEL PATTERSON,<br><br>Defendant. | NO. 3:06-cr-0010-JWS<br><br>**REPLY TO GOVERNMENT RESPONSE TO SECOND MOTION TO EXCLUDE IDENTIFICATIONS** |

The government concedes that there may have been transactional witnesses in the courtroom at Mr. Patterson's arraignment on the superceding indictment. The government should determine and disclose now whether there were transactional witnesses in the courtroom. It would be an easy task to contact the security people known to the prosecutor.

At the very least, the government should provide testimony or affidavits from the security personnel so that the court and parties can determine if there will be an issue of suggestive identification tainting a trial witness. Then the issue can be litigated in the

magistrate judge's courtroom, with findings and recommendations, before the hectic pretrial period.

DATED this 24th day of April 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:         907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on April 25, 2006,
a copy of the **Reply to Government
Response to Second Motion to Exclude
Identifications** was served electronically on:

Joseph W. Bottini
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter