**MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA**

UNITED STATES v. JOSHUA MICHAEL PATTERSON

Case No. **3-06-cr-00010-JWS-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

**MINUTE ORDER FROM CHAMBERS**

**RE: Defendant's 2nd Motion to Exclude In-Court Identifications
Docket No. 43**

The defendant has filed a motion to suppress in-court identification(s) at trial on grounds that an impermissible "show up" that may have occurred when potential government witnesses viewed the defendant in a pretrial court proceeding. Before addressing the merits of the defendant's motion, the court requests the attorney(s) for the United States to submit an affidavit stating whether or not any government agent, officer, attorney or agent requested or suggested to any person then known to be a potential witness, eye witness or victim of any of the bank robberies charged in the indictment that that person attend court proceeding in this case for the purpose of enhancing their identification of the defendant at trial. If the response is in the affirmative, the United States should be prepared to disclose the identity of such person(s). The government's response shall be filed on or before April 28, 2006.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

April 25, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-06-cr-00010-JWS-JDR PATTERSON @43 MO Re Govt's Response.wpd