MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *JOSHUA MICHAEL PATTERSON*

THE HONORABLE JOHN W. SEDWICK          CASE NO.  3:06-cr-00010 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  April 26, 2006

At docket 14, defendant Patterson moved to exclude identification of defendant by a witness to a bank robbery.  At docket 16 Patterson moved to suppress statements he made.  At docket 18, Patterson moved to suppress evidence found in the search of a residence.  The magistrate judge conducted an evidentiary hearing regarding the motion on March 6, 2006, and a transcript of the hearing has been prepared.

The motions were fully briefed.  At docket 39, Magistrate Judge Roberts issued a report recommending that all of the motions be denied.   Patterson filed timely objections, and plaintiff responded.  In a final report at docket  47, the magistrate judge continues to recommend that the motions be denied.

This court reviews the magistrate judge's recommended findings of fact as to which objections are taken and his conclusions of law *de novo*.  This court reviews the magistrate judge's recommended findings of fact as to which no objection is taken for clear error.   Having applied those standards in reviewing the transcript and the parties' papers, this court concludes that the magistrate judge's recommended findings and conclusions are in all material respects correct.  Accordingly, this court adopts his recommended findings and conclusions at docket 39 as modified at docket 47.  Based thereon the motions at dockets 14, 16, and 18 are each **DENIED**.