DEBORAH M. SMITH
Acting United States Attorney

JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: joe.bottini@usdoj.gov

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   vs.<br><br>JOSHUA MICHAEL PATTERSON,<br><br>           Defendant. | ) No. 3:06-cr-010-JWS<br>)<br>) **NOTICE OF FILING**<br>) **AFFIDAVIT OF JOSEPH W.**<br>) **BOTTINI**<br>)<br>)<br>)<br>)<br>) |

COMES NOW the United States of America, by and through counsel, and

files with the court an affidavit of the undersigned counsel (Exhibit 1) in response

to the court's order at docket 52.

RESPECTFULLY SUBMITTED this   28th  day of April, 2006, at

Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

 s/ Joseph W. Bottini
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: joe.bottini@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true
and correct copy of the foregoing was sent
electronically to Sue Ellen Tatter on

April 28, 2006.

 s/ Joseph W. Bottini

2