DEBORAH M. SMITH
Acting United States Attorney

JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: joe.bottini@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA MICHAEL PATTERSON,<br><br>Defendant. | No. 3:06-cr-010-JWS<br><br>**AFFIDAVIT OF JOSEPH W. BOTTINI** |

JOSEPH W. BOTTINI, having first been duly sworn under oath, deposes and states as follows:

1.　I am an Assistant United States Attorney for the District of Alaska and I am the assigned attorney of record for the United States in this matter.

2. The court has requested that an attorney for the United States submit an affidavit stating whether or not any government agent, officer, attorney or agent requested or suggested to any person then known to be a potential witness, eye witness, or victim of any of the bank robberies charged in the indictment that the person attend court proceeding in this case for the purpose of enhancing their identification of the defendant at trial. I am submitting this affidavit in response to the court's request.

3. I affirm under oath that no government agent, officer, or attorney or agent requested or suggested to any person then known to be a potential witness, eye witness, or victim of any of the bank robberies charged in the indictment that the person attend a court proceeding in this case for the purpose of enhancing their identification of the defendant at trial.

4. I have conferred with Ms. Jo Ann Lillo, the Victim-Witness Coordinator for the United States Attorney's Office in Anchorage. Ms. Lillo is the person responsible for notifying victims of all court proceedings. The government, in fact, now has a statutory obligation to do so. See, 18 U.S.C. § 3771(c)(1) ["Crime Victims Rights" - Government's Obligation to Provide Notice of Court Proceedings"]. Ms. Lillo has advised me that in accordance with this statutory obligation, she sent notice of the Arraignment on the First Superseding Indictment to all known victims in this case. Ms. Lillo has also told me that

beyond simply providing notice of the hearing, she provided no other information, requests, or suggestions to any of the known victims.

5. Some of the people in attendance at the Arraignment may have attended the hearing in response to the notice sent by Ms. Lillo. At no time however was any person asked to attend, encouraged to attend, or provided with any suggestion that they should attend in order to enhance identification of the defendant at trial.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated: 4/28/06

JOSEPH W. BOTTINI
Assistant U.S. Attorney

SUBSCRIBED AND SWORN TO before me this 28th day of April, 2006, Anchorage, Alaska.

Notary Public in and for Alaska
My Commission Expires: 3/16/08