## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                 Plaintiff,<br>      vs.<br><br>JOSHUA MICHAEL PATTERSON,<br><br>                 Defendant. | 3-06-cr-0010 CR (JWS)<br><br>**FINAL RECOMMENDATION REGARDING PATTERSON'S MOTION TO SEVER INDICTMENT AND MOTION FOR AN EVIDENTIARY HEARING**<br><br>(Docket Nos. 41, 46) |

       The Magistrate Judge has reviewed Mr. Patterson's objections to his recommendation that Patterson's motion to sever counts be granted in part and denied in part. (Docket No. 58). The government did not file a response to said objections. The objections are a rehash of previously briefed arguments, and do not cause the Magistrate Judge to modify his initial recommendation.

CONCLUSION

       For the foregoing reasons the Magistrate Judge declines to modify his recommendation that Patterson's motion to sever counts (Docket No. 41) be **GRANTED in part and DENIED in part**. Counts 9 and 10 (the felon-in-possession counts) should be severed for separate trials. The motion should be denied in all other respects. Patterson's motion for an evidentiary hearing (Docket No.46) should be denied because the court should examine only the allegations in the indictment. *United States v. Rousseau,* 257 F.3d 925, 931 (9th Cir. 2001).

DATED this 15<u>th</u> day of May, 2006, at Anchorage, Alaska.

                <u>/s/ John D. Roberts</u>
                JOHN D. ROBERTS
                U.S. Magistrate Judge