Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOSHUA MICHAEL PATTERSON,<br><br>　　　　　Defendant. | NO. 3:06-cr-0010-JWS<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

　　　　　The defendant, JOSHUA MICHAEL PATTERSON, through counsel, hereby gives notice of his intent to change his plea in accordance with a plea agreement signed by the defendant and counsel.  It will be signed and filed by the government in the near future.

　　　　　Mr. Patterson respectfully requests that a change of plea hearing be scheduled for the earliest date possible.

DATED this 17th day of May 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:     907-646-3400
Fax:         907-646-3480
E-Mail:    sue_ellen_tatter@fd.org

Certification:
I certify that on May 17, 2006,
a copy of the **Notice of Intent to Change Plea** was served electronically on:

Joseph W. Bottini
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter