# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

 UNITED STATES OF AMERICA    v.    JOSHUA MICHAEL PATTERSON 

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                    CASE NO.  3:06-cr-00010-JWS 

 Pam Richter 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: May 18, 2006

      The above-referenced matter had been set on for a jury trial to commence on May 30, 2006, before Judge at Anchorage, Alaska. This matter is now RESCHEDULED for a proposed change of plea on Wednesday, May 24, 2006, at 8:00 a.m..

      The May 30, 2006, final pre-trial conference and trial by jury are hereby VACATED.

[]{IK2.WPD*Rev.12/96}