MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *JOSHUA MICHAEL PATTERSON*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:06cr00010 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: May 18, 2006

    In light of the notice of intent to change plea, the motion at docket 43 is **DENIED** as moot.