## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA    v.    JOSHUA MICHAEL PATTERSON

THE HONORABLE JOHN W. SEDWICK        CASE NO.  3:06-cr-00010-JWS

Deputy Clerk                Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

Imposition of sentence on the above-named defendant previously set August 9, 2006, is hereby **re-scheduled** to commence **Tuesday, August 8, 2006**, at **10:00 a.m.**.

DATE: July 7, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

[FORMS*IA*]