# FAIRBANKS PSYCHIATRIC & NEUROLOGICAL CLINIC RECEIVED
*A Professional Corporation*

| PSYCHIATRY | NEUROLOGY | SOCIAL WORK |
|---|---|---|
| IRVIN A. ROTHROCK, M.D.<br>*Diplomate, American Board of Psychiatry & Neurology*<br>*Diplomate, American Board of Psychiatry & Neurology*<br>*Child Psychiatry*<br>*Diplomate, American Board of Forensic Psychiatry*<br>RONALD A. MARTINO, M.D.<br>*Diplomate, American Board of Psychiatry & Neurology*<br>SASHA E. ERICKSEN, M.D.<br>*Board Eligible* | RONALD A. MARTINO, M.D.<br>*Diplomate, American Board of Psychiatry & Neurology*<br>JAMES M. FOELSCH, M.D.<br>*Diplomate, American Board of Psychiatry & Neurology*<br>JANICE ONORATO, M.D.<br>*Diplomate, American Board of Psychiatry & Neurology* | AMY KERSTEN, LCSW |

JUL 2 8 2006

**FEDERAL PUBLIC DEFENDER**

July 25, 2006

The Honorable John W. Sedwick
Chief Judge of the United States District Court
222 W. Seventh Avenue, #32
Anchorage, AK 99513-7591

Re: Joshua Patterson

Dear Judge Sedwick:

Sue Ellen Tatter, Assistant Federal Defender, asked me to express my opinion to the court about the future medical treatment of Joshua Pattersont. My opinions are based on a three hour long psychiatric and neurological evaluation, performed on April 24th, 2006. I also reviewed police reports, court transcripts, medical reports and the defendant's public school records.

According to the defendant's public school reports, he expressed significant suicidality in kindergarten. His records show that his behavior became aggressive and out of control during the winter months of November, December and January. At times, his teachers were afraid of him. During his childhood, he underwent evaluations at the University of California at San Francisco and the University of California at Davis. He received a number of diagnoses which included ADHD, Bipolar Disorder and Paranoid Schizophrenia. The defendant became involved with drugs in mid adolescence and underwent treatment at a drug rehabilitation program.

The defendant came to Alaska in April of 2005. He states that he feels that God told him to come to Alaska. When he arrived in Alaska, he felt he was in Eden. He states that during the summer of 2005 he was "overwrought with joy." In the winter months of 2005, his mood spiraled downwards. He had increasingly bizarre thoughts about the devil. He formulated a grandiose plan to be killed during the commission of a crime in order to dissuade his young friends from pursuing a life of crime.

Mr. Patterson also has a history of hypertension and diabetes. His medical records show that he experiences burning pain in his extremities which is probably due to his diabetes.

Medical & Dental Arts Building • 1919 Lathrop Street, Suite 220
Fairbanks, Alaska 99701 • Telephone: (907) 452-1739 • FAX 452-2384 • Web: www.brainclinic.com

Exhibit A - Page 1 of 2

Re: Joshua Patterson
July 25, 2006
Page 2

When I examined Mr. Patterson I found him to be of average intelligence. He was somewhat depressed, but he was also somewhat grandiose. He expressed the opinion that the corrections officers were being brutal towards other inmates and he felt he had to change that. On his neurological exam, I found no evidence of brain damage. He did have evidence of a peripheral neuropathy, most likely due his diabetes.

It is my opinion that Joshua Patterson suffers from Bipolar Disorder. This opinion is based on Mr. Patterson's cyclical mood patterns fluctuations which extend back through grammar school. He tends to experience hypomanias during the summer. In the winter months he experiences a mixture of mania and depression. These mixed states are extremely uncomfortable and pose a high risk for suicide and other violent behaviors.

It is also my opinion that Mr. Patterson would benefit from treatment and evaluation at a prison medical center. I am told that the federal medical center in Rochester, Minnesota is a very good one. I hope that his mood can be stabilized with a mood stabilizer. It is possible that Tegretol, which is an anticonvulsant mood stabilizer, could make his moods more normal and also treat the pain of his diabetic neuropathy. If Mr. Patterson's moods are stable, he is more likely be a constructive member of the inmate population. It is also possible that he will need a less secure prison environment.

Respectfully submitted,

*Ronald A. Martino*

Ronald A. Martino, MD

RAM:br