Capstone Building Systems
General Contractors
Po box 92542
Anchorage AK 99509
907-727-9722

Dear Judge Sedwick

  Thank you for taking the time to consider my letter. I met Josh Patterson through a roommate ad in the paper. He was a nice guy. After an interview with me and my roommates we let him move in. He was a good roommate. I also hired him to work for my construction company. That didn't really work just because we do very high-end complicated projects and he didn't have the experience. However I still liked him as a person and a friend. I had no major problems from him until the end of November 2005. I would argue that nobody was hurt worse financially by Josh than me. However I'm writing this letter on his behalf because:

I know that he would not have been able to do the things that he did had it not been for the drugs he had gotten himself hooked on.
I know that he is very remorseful for his actions.
I know that before this acute drug/robbery problem he was doing well.
I believe that he has learned from his actions and he will learn more in his time in prison.
I would hate to see a man waste away that could be rehabilitated and a positive addition to society.
I hope that you will consider giving him another chance maybe with a shortened sentence and probation or parole.


Thank you for you service and consideration of this issue.


Moving Forward
*Samuel*
Samuel


If you have any questions, I would be happy to help in anyway I can